UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH-PMF ) ) MDL No. 2100 ) |

**This Document Relates To:**

*Alaina Klarquist v. Bayer HealthCare*　　　No. 09-cv-20056-DRH
*Pharmaceuticals Inc., et al*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 17, 2013, the above captioned case is **DISMISSED** with prejudice.

　　　　　　　　　　　　　　　　　　NANCY J. ROSENSTENGEL,
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　BY: /s/*Sara Jennings*
　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Dated:** December 18, 2013

Digitally signed by David R. Herndon
Date: 2013.12.18 13:52:28 -06'00'

**APPROVED:**
　　CHIEF JUDGE
　　U. S. DISTRICT COURT